IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PPG ARCHITECTURAL FINISHES, INC., a Delaware corporation, | ) ) ) ) | CIVIL 07-00448 HG-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ALMAR LTD., a Hawaii corporation, and MYRIAN A. BARINO, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION (DOC. 42) THAT PLAINTIFF'S
MOTION FOR DEFAULT JUDGEMENT (DOC. 34) BE GRANTED IN
PART AND DENIED IN PART, AND THAT JUDGEMENT BE ENTERED
AGAINST DEFENDANTS ALMAR, LTD. AND MYRIAN A. BARINO

Findings and Recommendation having been filed and

served on all parties on May 4, 2009, and no objections

having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and

Local Rule 74.2, the "Findings and Recommendation (1)

that Plaintiff's Motion for Default Judgment be Granted

in Part, and (2) that Judgment be entered against

Defendants Almar, Ltd. and Myrian A. Barino," (Doc.

42),  are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

Dated: June 4, 2009, Honolulu, Hawaii.



/S/ Helen Gillmor

Helen Gillmor
Chief United States District Judge